UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HARPER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>T. CAMPBELL, Warden,<br><br>　　　　Respondent. | Case No. 2:24-cv-05638-FMO-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[DOCKET NOS. 10, 12) |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"), the parties' submissions in connection with Respondent's Motion (Docket No. 10) and Petitioner's Motion (Docket No. 12), and all of the records herein, including the June 2, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

　　IT IS HEREBY ORDERED that Respondent's Motion is granted, Petitioner's Motion is denied, and the Petition and this action are dismissed without prejudice.

///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2   Report and Recommendation, and the Judgment herein on Petitioner and counsel
3   for Respondent.
4   LET JUDGMENT BE ENTERED ACCORDINGLY.

6   DATED: July 23, 2025

8   _____/s/_____
9   HONORABLE FERNANDO M. OLGUIN
    UNITED STATES DISTRICT JUDGE